**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
N.J. Bar Number 018592010
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
(908) 869-1188
ahabba@habbalaw.com
*Counsel for Plaintiff, Caesar DePaco*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CAESAR DEPACO,**<br><br>Plaintiff,<br><br>v.<br><br>**COFINA MEDIA, SA, REVISTA SABADO, ALEXANDRE JOSE RIBEIRO MALHADO, EDUARDO DAMASO, JOHN DOES 1 through 10**, said names being fictitious and unknown persons, and **ABC CORPORATIONS 1 through 10**, said names being fictious and unknown entities,<br><br>Defendants. | Civil Action No.: 3:21-cv-AET-TJB<br><br>STIPULATION EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties that the time within which Plaintiff must answer, move, or otherwise respond to the Defendants' Cofina Media, SA, Revista Sabado, Alexandre Jose Ribiero Machado, and Eduardo Demaso Motion to Dismiss is extended to February 17, 2022.

By:   */s/ David H. Pikus*
    David H. Pikus, Esq.
    BRESSLER, AMERY & ROSS, ESQS.
    325 Columbia Turnpike
    Florham Park, NJ 07932
    *Counsel for Defendants, Cofina Media, SA, Revista Sabado, Alexandre Jose Ribiero Machado, and Eduardo Demaso*

By:   _____
    Alina Habba, Esq.
    HABBA MADAIO & ASSOCIATES LLP
    1430 U.S. Highway 206, Suite 240
    Bedminster, NJ 07921
    *Counsel for Plaintiff, Caesar DePaco*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2022, a true and exact copy of the foregoing was served via ECF on the following:

Ross Adam Fox, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
*Counsel for Defendants, Cofina Media, SA, Revista Sabado,*
*Alexandre Jose Ribiero Machado, and Eduardo Demaso*

David H. Pikus, Esq.
Bressler, Amery & Ross, Esqs.
325 Columbia Turnpike
Florham Park, NJ 07932
*Counsel for Defendants, Cofina Media, SA, Revista Sabado,*
*Alexandre Jose Ribiero Machado, and Eduardo Demaso*

Dated: January 27, 2022

By: _____
Alina Habba, Esq.
HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
(908) 869-1188
ahabba@habbalaw.com
*Counsel for Plaintiff, Caesar DePaco*