

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ & NY

February 7, 2022

**VIA ECF**
Honorable Anne E. Thompson
Senior United States District Judge
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:**    **Caesar DePaco v. Cofina Media, S.A., et al.**
                **Case No.: 3:21-cv-14409**

Dear Judge Thompson:

    We represent Plaintiff, Caesar Depaco in this matter. We write to respectfully request an additional 5-day extension up until February 22, 2022, for our client to respond to the Defendant's Motion to Dismiss. We are asking for this short extension in order to better accommodate counsel's schedule. Defendant's counsel has consented to this request. This is our second request for an extension. Additionally, as a result of the extension, we would respectfully request that the return date for this motion be rescheduled to March 7, 2022, which is the next available hearing date.

    If you have any questions, please do not hesitate to contact this office.

                                            Respectfully Submitted,

                                            Michael T. Madaio, Esq.
                                            For HABBA MADAIO & ASSOCIATES LLP

MTM/nmd
Enclosures

cc:    David H. Pikus, Esq.
        Tamar

> **So Ordered on February 9, 2022**
> */s/ Anne E. Thompson* **U.S.D.J**